## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Nicole Lott v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12093-DRH-PMF |
| *Melissa Taylor v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10535-DRH-PMF |
| *Eliva Tirrez, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11817-DRH-PMF |
| *Andrea Henry v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10764-DRH-PMF |

### <u>JUDGMENT IN A CIVIL CASE</u>

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to the Stipulations of Dismissal filed on February 26, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY:  **/s/*Cheryl A. Ritter***
       **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.02.26 16:02:54 -06'00'

APPROVED:

DISTRICT JUDGE
U. S. DISTRICT COURT